UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DION D. K. JOHNSON, SR.,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 1:15-cv-202

Honorable Phillip J. Green

**JUDGMENT**

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.

Dated: January 25, 2016      /s/ Phillip J. Green
                                                       United States Magistrate Judge